CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GOULETTE, MICHAEL DANA | ) | Case No. 11-18248-PHX-SSC |
| GOULETTE, PAMELA SUE | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF |
| | ) | REPORT OF NO DISTRIBUTION |
| | ) | AND MOTION TO REOPEN CASE |
| Debtor(s) | ) | |
| | ) | |

CONSTANTINO FLORES, Trustee of the above-captioned estate, has previously filed a Report of No Distribution. The Trustee has learned that there are now assets to be administered. The Trustee hereby withdraws the Report of No Distribution, and moves to reopen this case so that the assets may be administered.

The reopening fee will be remitted as soon as possible.

*February 23, 2012*          */s/ Constantino Flores*
Date                                      Constantino Flores, Trustee