# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOULETTE, MICHAEL DANA | § | Case No. 11-18248-PHX PS |
| GOULETTE, PAMELA SUE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CONSTANTINO FLORES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/CONSTANTINO FLORES _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) (Page: 2)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL DANA GOULETTE | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 JAFINCO PO BOX 78843 Phoenix, AZ 85062 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 3)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Equiant Financial Svcs 5401 N Pima Rd Ste 150 Scottsdale, AZ 85250 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONSTANTINO FLORES, ESQ. | | | | | |
| CONSTANTINO FLORES, ESQ. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| BANKRUPTCY CLERK'S OFFICE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1;Il Dept Of Healthcare;509 S 6th St;Springfield, IL 62701 | | | | | |
| | Creditor #: 2;Illdpths;100 S Grand Avenue;Springfield, IL 62702 | | | | | |
| | Creditor #: 3 ARIZONA DEPARTMENT OF REVENUE 1600 W MONROE PHOENIX, AZ 85009 | | | | | |
| 000007 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) (Page: 6)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI, INC 404 BROCK DR PO BOX 3097 BLOOMINGTON, IL 61701 | | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC PO BOX 1017 Hawthorne, NY 10532 | | | | | |
| | CCB CREDIT SERVICES 5300 S 6TH ST SPRINGFIELD, IL 62703-5184 | | | | | |
| | CREDIT COLLECTION SERVICES PAYMENT PROCESSING CENTER PO BOX 55126 Boston, MA 02205 | | | | | |
| | CREDIT COLLECTION SERVICES TWO WELLS AVE DEPT 587 NEWTON CENTER, MA 02459 | | | | | |
| | Creditor #: 1 Aaron Sales & Lease Ow 1015 Cobb Place Blvd Nw Kennesaw, GA 30144 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 10 Afni, Inc. (Original Creditor:Qwest Po Box 3427 Bloomington, IL 61702 | | | | | |
| | Creditor #: 11 ALTON PODIATRY CLINIC 3535 COLLEGE AVENUE Alton, IL 62002 | | | | | |
| | Creditor #: 12 AMFINITY FINANCE COMPANY LLC 4020 NORTH 20TH STREET SUITE 105 Phoenix, AZ 85016 | | | | | |
| | Creditor #: 14 BANNER ARIZONA MEDICAL CENTER 13640 N PLAZA DEL RIO BLVD Peoria, AZ 85381 | | | | | |
| | Creditor #: 15 Byl Collection Service (Original Cr 301 Lacey St West Chester, PA 19382 | | | | | |
| | Creditor #: 16 CACTUS JACK'S AUTOS 1313 SOUTH COUNTRY CLUB DRIVE Mesa, AZ 85210 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 17 Cactus Jacks Auto Inc 915 S Country Club Dr Mesa, AZ 85210 | | | | | |
| | Creditor #: 19 CHRISTIAN NE-NW PO BOX 958188 Saint Louis, MO 63195 | | | | | |
| | Creditor #: 2 Account Resolution Cor (Original Cr 17600 Chesterfield Airpo Chesterfield, MO 63005 | | | | | |
| | Creditor #: 20 CHRISTIAN NE-NW PO BOX 958188 Saint Louis, MO 63195 | | | | | |
| | Creditor #: 21 Crd Prt Asso (Original Creditor:11 One Galleria Tower 13355 Noel Road S Dallas, TX 75240 | | | | | |
| | Creditor #: 22 Credit Coll (Original Creditor:06 P Po Box 9134 Needham, MA 02494 | | | | | |
| | Creditor #: 23 CREDIT CONTROL LLC 5757 PHANTOM DRIVE SUITE 330 Hazelwood, MO 63042 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 9)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 24 DIRECT TV 340 COMMERCE AVENUE SUITE 20 Southern Pines, NC 28387 | | | | | |
| | Creditor #: 25 DOLLARS TODAY 898 EDWARDSVILLE ROAD Wood River, IL 62095 | | | | | |
| | Creditor #: 26 DRIVETIME 5404 W GLENDALE AVE GLENDALE, AZ 85302 | | | | | |
| | Creditor #: 27 Enhanced Recovery Co L (Original Cr 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Creditor #: 28 Enhanced Recovery Co L (Original Cr 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Creditor #: 29 Figis Inc 3200 S Central Ave Marshfield, WI 54449 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 Account Resolution Cor (Original Cr 17600 Chesterfield Airpo Chesterfield, MO 63005 | | | | | |
| | Creditor #: 30 First Bk Of De/Contine 1000 Rock Run Parkway Wilmington, DE 19801 | | | | | |
| | Creditor #: 31 FIRST NATIONAL COLLECTION BUREAU INC 610 WALTHAM WAY SPARKS, NV 89434 | | | | | |
| | Creditor #: 32 FOCUS RECEIVABLES MANAGEMENT 5601 OFFICE BOULEVARD SUITE 500 Albuquerque, NM 87109 | | | | | |
| | Creditor #: 33 Great Am Sales & Rent 7223 W Indian School Rd Phoenix, AZ 85033 | | | | | |
| | Creditor #: 34 Great Am Sales & Rent 7223 W Indian School Rd Phoenix, AZ 85033 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 35 Healthcare Funding Slt (Original Cr 370 17th St Ste 5000 Denver, CO 80202 | | | | | |
| | Creditor #: 36 ILLINOIS DEPARTMENT OF HEALTHCARE FAMILY SERVICES-CHILD SUPPORT PO BOX 641097 Mason City, IL 62664 | | | | | |
| | Creditor #: 37 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 38 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 39 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 4 Account Resolution Cor (Original Cr 17600 Chesterfield Airpo Chesterfield, MO 63005 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 12)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 40 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 41 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 42 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 43 INTERNAL REVENUE SERVICE STOP 5000 PO BOX 219236 Kansas City, MO 64121 | | | | | |
| | Creditor #: 44 IRS ACS SUPPORT PO BOX 24017 Fresno, CA 93779 | | | | | |
| | Creditor #: 45 IRS AUSTIN, TX 73301-0025 | | | | | |
| | Creditor #: 46 JAFINCO PO BOX 78843 Phoenix, AZ 85062 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 13)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 47 Kenneth Eisen & Assoc (Original Cre 777 E Missouri Ave Ste 1 Phoenix, AZ 85014 | | | | | |
| | Creditor #: 48 Kenneth Eisen & Assoc (Original Cre 777 E Missouri Ave Ste 1 Phoenix, AZ 85014 | | | | | |
| | Creditor #: 49 Main Street Acquisiton (Original Cr 2877 Paradise Rd Unit 30 Las Vegas, NV 89109 | | | | | |
| | Creditor #: 5 Account Resolution Cor (Original Cr 17600 Chesterfield Airpo Chesterfield, MO 63005 | | | | | |
| | Creditor #: 50 Marathon Financial 1857 E Northern Ave Ste Phoenix, AZ 85020 | | | | | |
| | Creditor #: 51 Marathon Financial 1857 E Northern Ave Ste Phoenix, AZ 85020 | | | | | |
| | Creditor #: 52 Marshall Realty & Mgmt 4820 W Palo Verde Dr Glendale, AZ 85301 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 53 MIRAND RESPONSE SYSTEMS INC PO BOX 219050 Houston, TX 77218 | | | | | |
| | Creditor #: 54 NATIONAL CREDIT ADJUSTER PO BOX 3023 HUTCHINSON, KS 67504 | | | | | |
| | Creditor #: 55 National Credit Soluti (Original Cr Po Box 15779 Oklahoma City, OK 73155 | | | | | |
| | Creditor #: 56 NATIONAL CREDIT SYSTEMS INC PO BOX 312125 Atlanta, GA 31131 | | | | | |
| | Creditor #: 57 National Recovery Agen (Original Cr 2491 Paxton St Harrisburg, PA 17111 | | | | | |
| | Creditor #: 58 Nco Fin/22 (Original Creditor:Nco/A 507 Prudential Rd Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 59 Nco Fin/99 (Original Creditor:Emrgn Po Box 15636 Wilmington, DE 19850 | | | | | |
| | Creditor #: 60 QWEST PO BOX 29040 PHOENIX, AZ 85038-9040 | | | | | |
| | Creditor #: 61 QWEST-1 PO BOX 29040 PHOENIX, AZ 85038-9040 | | | | | |
| | Creditor #: 62 RADIOLOGIC PHYSICIANS PO BOX 500730 Saint Louis, MO 63150 | | | | | |
| | Creditor #: 63 Rivctyauto 512 W Mcarthur Dr Cottage Hills, IL 62018 | | | | | |
| | Creditor #: 64 Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | | | | |
| | Creditor #: 65 Security Fin 1637 WASHINGTON AVENUE Alton, IL 62002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 66 Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | | | | |
| | Creditor #: 67 Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | | | | |
| | Creditor #: 68 Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | | | | |
| | Creditor #: 69 Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | | | | |
| | Creditor #: 7 AFNI PO BOX 3427 Bloomington, IL 61702 | | | | | |
| | Creditor #: 70 Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | | | | |
| | Creditor #: 71 SOURCE RECEIVABLES MANAGEMENT 3859 BATTLEGROUND AVENUE SUITE 303 Greensboro, NC 27410 | | | | | |

Case 2:11-bk-18248-PS    Doc 48    Filed 10/03/14    Entered 10/03/14 11:43:24    Desc
UST Form 101-7-TDR (5/1/2011) (Page: 17)    Page 17 of 27

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 72 SOUTHERN ILLINOIS HEALTHCARE 8080 STATE STREET East Saint Louis, IL 62203 | | | | | |
| | Creditor #: 73 SOUTHWEST GAS 3135 SOUTH 48TH STREET SUITE 104 Scottsdale, AZ 85252 | | | | | |
| | Creditor #: 74 SPRINT PO BOX 54977 LOS ANGELES, CA 90054-0977 | | | | | |
| | Creditor #: 75 ST ANTHONY HEALTH CARE PO BOX 953177 Saint Louis, MO 63195 | | | | | |
| | Creditor #: 76 ST LOUIS CARDIOLOGY PO BOX 503643 SUITE 202B Saint Louis, MO 63150 | | | | | |
| | Creditor #: 77 State Collection Servi (Original Cr 2509 S Stoughton Rd Madison, WI 53716 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 78 Sun Loan Company 247 Eastgate Plz East Alton, IL 62024 | | | | | |
| | Creditor #: 79 Wood Law (Original Creditor:11 Dire 11778 S Election D Draper, UT 84020 | | | | | |
| | Creditor #: 8 AFNI, INC 404 BROCK DR PO BOX 3097 BLOOMINGTON, IL 61701 | | | | | |
| | Creditor #: 80 WOODFOREST NATIONAL BANK 25231 GROGANS MILL ROAD SUITE 450 Spring, TX 77380 | | | | | |
| | Creditor #: 83 World Finc 1752 Homer M Adams Parkway East Alton, IL 62024 | | | | | |
| | Creditor #: 84 World Finc 1752 Homer M Adams Parkway East Alton, IL 62024 | | | | | |
| | Creditor #: 85 World Finc 1752 Homer M Adams Parkway East Alton, IL 62024 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 9 Afni, Inc. (Original Creditor:Qwest Po Box 3427 Bloomington, IL 61702 | | | | | |
| | EQUIANT FINANCIAL SERVICES 5401 NORTH PIMA ROAD SUITE 150 Scottsdale, AZ 85250 | | | | | |
| | FIRST SOURCE FINANCIAL SOLUTIONS 7650 MAGNA DRIVE Belleville, IL 62223 | | | | | |
| | JP MORGAN CHASE/BANK ONE NATIONAL LEGAL PROCESSING LA2-2808 PO BOX 260614 Baton Rouge, LA 70826 | | | | | |
| | PRAXIS FINANCIAL SOLUTIONS 7331 NORTH LINCOLN AVENUE SUITE 8 Lincolnwood, IL 60712 | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | ASSET ACCEPTANCE LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ATLAS ACQUISITIONS LLC | | | | | |
| 000002 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY | | | | | |
| 000003 | WORLD FINC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) (Page: 21)

Case No: 11-18248-PHX   PS   Judge: JUDGE PAUL SALA

Case Name: GOULETTE, MICHAEL DANA

GOULETTE, PAMELA SUE

For Period Ending: 09/18/14

Trustee Name: CONSTANTINO FLORES

Date Filed (f) or Converted (c): 06/24/11 (f)

341(a) Meeting Date: 08/01/11

Claims Bar Date: 10/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8935 WEST PEORIA #42 PEORIA, AZ 85345 MANUFACTURED | 10,000.00 | 0.00 | | 0.00 | FA |
| 2. WELLS FARGO BANK-CHECKING 2555 | 300.00 | 0.00 | | 0.00 | FA |
| 3. ARIZONA FEDERAL CREDIT UNION-CHECKING 5727 | 25.00 | 0.00 | | 0.00 | FA |
| 4. ARIZONA FEDERAL CREDIT UNION-SAVINGS 5727 (require | 20.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT WITH ARIZONA PUBLIC SERVICE COMPA | 240.00 | 0.00 | | 0.00 | FA |
| 6. SECURITY DEPOSIT WITH SOUTHWEST GAS Location: 8935 | 80.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. PICTURES, CD'S, DVD'S | 150.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. COSTUME JEWELERY | 50.00 | 0.00 | | 0.00 | FA |
| 11. ENGAGEMENT RING AND WEDING BAND | 700.00 | 0.00 | | 0.00 | FA |
| 12. WEDDING BAND | 300.00 | 0.00 | | 0.00 | FA |
| 13. PRINTER | 40.00 | 0.00 | | 0.00 | FA |
| 14. SONY CYBER-SHOT CAMERA POINT AND SHOOT | 30.00 | 0.00 | | 0.00 | FA |
| 15. 1985 TOYOTA CELICA MILEAGE-208K PAID IN FULL Locat | 500.00 | 0.00 | | 0.00 | FA |
| 16. 1996 DODGE RAM 1500 MILEAGE-303K PAID IN FULL Loca | 3,200.00 | 0.00 | | 0.00 | FA |
| 17. 1997 KAWASAKI VOYAGER 1200 MILEAGE-18K PAID IN FUL | 3,200.00 | 0.00 | | 0.00 | FA |
| 18. COMPUTER | 150.00 | 0.00 | | 0.00 | FA |
| 19. DOG-CHOW | 100.00 | 0.00 | | 0.00 | FA |
| 20. FEDERAL INCOME TAX REFUND (u) | 0.00 | 4,411.00 | | 4,411.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $22,085.00 | $4,411.00 | | $4,411.25 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 22)

Ver: 18.01

Exhibit 8

Case No:        11-18248-PHX    PS    Judge: JUDGE PAUL SALA

Case Name:      GOULETTE, MICHAEL DANA

                GOULETTE, PAMELA SUE

Trustee Name:                           CONSTANTINO FLORES

Date Filed (f) or Converted (c):     06/24/11 (f)

341(a) Meeting Date:                 08/01/11

Claims Bar Date:                     10/16/12

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CHECKS ISSUED TO CREDITORS.

Initial Projected Date of Final Report (TFR): 02/15/13          Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-18248-PHX -PS | |
| Case Name: | GOULETTE, MICHAEL DANA | |
| | GOULETTE, PAMELA SUE | |
| Taxpayer ID No: | *******5463 | |
| For Period Ending: | 09/18/14 | |

| | | |
|---|---|---|
| Trustee Name: | CONSTANTINO FLORES | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******7550  Checking Account | |
| Blanket Bond (per case limit): | $ 65,631,723.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,993.05 | | 1,993.05 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,978.05 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,963.05 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,948.05 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,933.05 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,918.05 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,903.05 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,888.05 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,873.05 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,858.05 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,843.05 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,828.05 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,813.05 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,798.05 |
| 05/27/14 | 005001 | CONSTANTINO FLORES, ESQ. | Chapter 7 Compensation/Expense | | | 557.51 | 1,240.54 |
| | | CHAPTER 7 TRUSTEE | | | | | |
| | | P.O. BOX 511 | | | | | |
| | | PHOENIX, AZ  85001-0511 | | | | | |
| | | | Fees              512.06 | 2100-000 | | | |
| | | | Expenses         45.45 | 2200-000 | | | |
| 05/27/14 | 005002 | Internal Revenue Service | Claim 000007, Payment 82.88889% | 5800-000 | | 1,240.54 | 0.00 |
| | | P.O. Box 7317 | | | | | |
| | | Philadelphia, PA 19101-7317 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 1,993.05 | 1,993.05 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-18248-PHX -PS
Case Name: GOULETTE, MICHAEL DANA
GOULETTE, PAMELA SUE
Taxpayer ID No: *******5463
For Period Ending: 09/18/14

Trustee Name: CONSTANTINO FLORES
Bank Name: UNION BANK
Account Number / CD #: *******7550 Checking Account

Blanket Bond (per case limit): $ 65,631,723.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,993.05 | 1,993.05 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 1,993.05 | 0.00 | |
| | | | | Subtotal | 0.00 | 1,993.05 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 1,993.05 | |

Page Subtotals 0.00 0.00

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 25)*

Ver: 18.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-18248-PHX -PS | |
| Case Name: | GOULETTE, MICHAEL DANA | |
| | GOULETTE, PAMELA SUE | |
| Taxpayer ID No: | *******5463 | |
| For Period Ending: | 09/18/14 | |

| | |
|---|---|
| Trustee Name: | CONSTANTINO FLORES |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2454  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 65,631,723.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/23/12 | 20 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX REFUND | | 4,411.00 | | 4,411.00 |
| | | | PRO RATA CALCULATION BASED ON DEBTOR | | | | |
| | | | KEEPING STATE REFUND | | | | |
| | | | Memo Amount:          2,288.00 | 1224-000 | | | |
| | | | FEDERAL INCOME TAX REFUND | | | | |
| | | | Memo Amount:          2,123.00 | 1280-000 | | | |
| | | | REFUND TO DEBTOR(S) | | | | |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,411.04 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.42 | 4,405.62 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,405.66 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.60 | 4,400.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,400.10 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.59 | 4,394.51 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,394.54 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.22 | 4,389.32 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,389.36 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.76 | 4,383.60 |
| 08/05/12 | 000301 | MICHAEL DANA GOULETTE | REFUND TO DEBTOR(S) | 8500-002 | | 2,123.00 | 2,260.60 |
| | | PAMELA SUE GOULETTE | | | | | |
| | | P O BOX 142 | | | | | |
| | | EL MIRAGE, AZ  85335 | | | | | |
| 08/05/12 | 000302 | BANKRUPTCY CLERK'S OFFICE | REOPENING FEE | 2700-000 | | 260.00 | 2,000.60 |
| | | U.S. BANKRUPTCY COURT | | | | | |
| | | 230 N. FIRST AVENUE, SUITE 101 | | | | | |
| | | PHOENIX, AZ 85003 | | | | | |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 2,000.63 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.93 | 1,996.70 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,996.72 |

| | | |
|---|---|---|
| Page Subtotals | 4,411.24 | 2,414.52 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

Case No: 11-18248-PHX -PS
Case Name: GOULETTE, MICHAEL DANA
GOULETTE, PAMELA SUE
Taxpayer ID No: *******5463
For Period Ending: 09/18/14

Trustee Name: CONSTANTINO FLORES
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2454 BofA - Money Market Account

Blanket Bond (per case limit): $ 65,631,723.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.29 | 1,994.43 |
| 10/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,994.44 |
| 10/18/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.39 | 1,993.05 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 10/18/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,993.05 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 4,411.00 | COLUMN TOTALS | | 4,411.25 | 4,411.25 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 1,993.05 | |
| | | Subtotal | | 4,411.25 | 2,418.20 | |
| Memo Allocation Net: | 4,411.00 | Less: Payments to Debtors | | | 2,123.00 | |
| | | Net | | 4,411.25 | 295.20 | |
| | | | | NET | | ACCOUNT |
| Total Allocation Receipts: | 4,411.00 | | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | TOTAL - ALL ACCOUNTS | | | | |
| | | Checking Account - *******7550 | | 0.00 | 1,993.05 | 0.00 |
| Total Memo Allocation Net: | 4,411.00 | BofA - Money Market Account - *******2454 | | 4,411.25 | 295.20 | 0.00 |
| | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | 4,411.25 | 2,288.25 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.01 1,996.73

Case 2:11-bk-18248-PS   Doc 48   Filed 10/03/14   Entered 10/03/14 11:43:24   Desc
Page 27 of 27

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 27)

Ver: 18.01